

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas for the Best Interest and Protection of H.S.

No. 06-16-00033-CV

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. M-11179). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 27, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk